# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: MIRAPEX PRODUCTS
LIABILITY LITIGATION                MDL File No. 07-1836 (MJD/FLN)

This document relates to:

MARC MANCINI,

        Plaintiff,

v.                                  **ORDER**
                                    Civil File No. 10-5009 (MJD/FLN)

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC., et al.,

        Defendants.

Jasper D. Ward and William D. Nefzger, Bahe Cook Cantley & Jones, PLC, Counsel for Plaintiff.

Scott A. Smith and Tracy J. Van Steenburgh, Nilan Johnson Lewis P.A., and Bruce R. Parker and Jason C. Rose, Venable LLP, Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.

Joseph M. Price and Lariss Jude, Faegre Baker Daniels LLP, and Lori B. Leskin, Kaye Scholler, Counsel for Defendants Pfizer, Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company LLC.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated February 13, 2013.  Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Noel dated February 13, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated February 13, 2013 [Docket No. 81].

2. Defendants' motion for summary judgment [Docket No. 56] is **GRANTED**.

3. Plaintiff's cross-motion to stay Defendants' motion for summary judgment pending discovery [Docket No. 65] is **DENIED**.

4. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Dated:  April 19, 2013         s/ Michael J. Davis
                               Michael J. Davis
                               Chief Judge
                               United States District Court